# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| ALFRED LOCKHART, SR., and DOROTHY A. LOCKHART,<br><br>                                  **Plaintiffs,**<br>    v.<br><br>GOVERNMENT OF THE VIRGIN ISLANDS et al.,<br><br>                                  **Defendants.** | 2005-CV-0125 |
| ALAINE LOCKHART-MOLLAH, as Special Administratrix for Estate of J Lockhart, et. al,<br><br>    v.<br><br>GOVERNMENT OF THE VIRGIN ISLANDS, et al.,<br><br>                                  **Defendants.** | 2005-CV-0126 |
| ALFRED H. LOCKHART, JR.,<br><br>                                  **Plaintiff,**<br>    v.<br><br>GOVERNMENT OF THE VIRGIN ISLANDS, et al.,<br><br>                                  **Defendants.** | 2005-CV-0127 |

TO:    Alaine Lockhart-Mollah, Esq.
            P.O. Box 305476
            St. Thomas, VI 00803
       Tamika Archer, Esq., AAG

*Lockhart v. Government of the Virgin Islands* 2005-CV-0125
*Lockhart-Mollah v. Government of the Virgin Islands* 2005-CV-0126
*Lockhart v. Government of the Virgin Islands* 2005-CV-0127
Order Canceling Pretrial Conference
Page 2

## ORDER CANCELING PRETRIAL CONFERENCE

THIS MATTER was scheduled for a pretrial status conference with the undersigned for **September 30, 2008, at 2:30 p.m.** by Order Denying Motion to Stay Discovery and Scheduling a Status Conference (Docket No. 70), entered September 8, 2008.

This matter recently has been assignment to the Honorable Juan R. Sanchez, United States District Judge (Docket No. 71). Judge Sanchez will be handling all proceedings in this matter, including all pretrial matters. Judge Sanchez will be issuing a scheduling order consistent with his calendar.

Accordingly, it is now hereby **ORDERED** that the September 20, 2008, 2:30 p.m., status conference is **CANCELED**.

ENTER:

Dated: September 23, 2008

/s/
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE